

Alfred J. Rufty III
D: 504.582.8547
F: 504.589.8547
arufty@joneswalker.com

October 28, 2022

Clerk of Court
U.S. Fifth Circuit Court of Appeals
600 Maestri Place
Suite 115
New Orleans, LA  70130-7700

      Re:    Kenai Ironclad Corp. v. CP Marine Services, LLC, et al.
              Fifth Circuit No. 22-30492
              JW File No. 18486400

Dear Sir/Madam:

      On behalf of Appellants, CP Marine Services, LLC and Ten Mile Exchange, LLC, in the referenced matter, we write to request a continuance of the deadline for the filing of Appellants' brief.  The brief in Appeal No. 22-30492 is currently due Monday, October 31, 2022.  We respectfully request a level-one extension out of an abundance of caution through November 30, 2022 for filing Appellant's brief in Appeal No. 22-30492.  Counsel for Appellants has been called out of the country on urgent business.  This is Appellants' first request for extension.  Counsel for Appellee has been contacted and does not oppose our request for additional time.

      Thank you for your consideration.

                                        Very truly yours,

                                        Alfred J. Rufty III

AJRIII/dms