# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-30492    Kenai Ironclad v. CP Marine Services
USDC No. 2:19-CV-2799

The court has granted an extension of time to and including
November 30, 2022, for filing appellants' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Martin Stewart Bohman
Mr. Harry E. Morse
Mr. Alfred Jackson Rufty III