# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 07, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 22-30492   Kenai Ironclad v. CP Marine Services
                          USDC No. 2:19-CV-2799

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Allison G. Lopez, Deputy Clerk
                          504-310-7702

cc w/encl:
    Mr. Martin Stewart Bohman
    Mr. Harry E. Morse
    Mr. Alfred Jackson Rufty III